Appeal of: J.L.G., mother

1193 WDA 2016

Superior Court of Pennsylvania.

03/23/2017

2016–722
(Washington)

Affirmed

COM.

v.

BLACKWELL, M.

283 EDA 2016

Superior Court of Pennsylvania.

03/24/2017

MC–51–CR–0036731–2014
(Philadelphia)

Remanded Jurisdiction Retained

COM.

v.

HARDING, J.

3214 EDA 2015

Superior Court of Pennsylvania.

03/24/2017

CP–39–CR–0004806–2013
(Lehigh)

Vacated/Remanded

COM.

v.

HOSIER, D.

1091 EDA 2016

Superior Court of Pennsylvania.

03/24/2017

CP–13–CR–0000404–2015
(Carbon)

Affirmed